IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Francisco Ballestero-Lezcano, | ) | No. CV 06-01729 PHX NVW (DKD) |
| Petitioner, | ) | **ORDER** |
| vs. | ) | |
| Philip Crawford, et al., | ) | |
| Respondents. | ) | |

Before the court is Petitioner Francisco Ballestero-Lezcano's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (doc. # 1). On October 17, 2006, United States Magistrate Judge David K. Duncan issued an Order (doc. # 11) in accordance with 28 U.S.C. § 636(b)(1)(B) recommending that the petition be denied. No objections to Judge Duncan's recommendation were filed.

The court has reviewed the recommendation and agrees with the magistrate judge's determinations. Accordingly, the court will accept the recommendation and deny the Petition for Writ of Habeas Corpus. *See* 28 U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge").

IT IS THEREFORE ORDERED accepting the recommendation of Magistrate Judge Duncan (doc. # 11).

1      IT IS FURTHER ORDERED that the Petition for Writ of Habeas Corpus (doc. # 1)
2  is denied and dismissed with prejudice.
3      IT IS FURTHER ORDERED that the Clerk of the Court shall enter judgment
4  accordingly and terminate this action.
5      DATED this 15th day of November 2006.

                                                              */s/ Neil V. Wake*
                                                             Neil V. Wake
                                                         United States District Judge